No. 796.   DREDGE CORP. *v.* PENNY, STATE SUPERVISOR, BUREAU OF LAND MANAGEMENT, ET AL.   C. A. 9th Cir. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *George W. Nilsson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for respondents Penny et al.

No. 804.   SCHULTER *v.* RORAFF, JUDGE.   Sup. Ct. Wis. Motion to dispense with printing petition granted. Certiorari denied. *Robert Friebert* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, *William F. Eich,* Deputy Attorney General, and *Betty R. Brown,* Assistant Attorney General, for respondent.

No. 811.   MISKUNAS *v.* UNION CARBIDE CORP.   C. A. 7th Cir.   Certiorari denied.   THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Myron J. Hack* for petitioner. *Harry T. Ice* for respondent.

No. 449, Misc.   MACIAS ET AL. *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied. *Sam Adam* for petitioners. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 524, Misc.   CASSASA *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Clifford K. Thompson, Jr.,* Deputy Attorney General, for respondent.